IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ZALTON EDGAR BROOKS,<br><br>        Plaintiff<br>   VS.<br><br>CHARLES HOLT, MAJOR, *et al.*,<br><br>        Defendants | NO. 5:08-CV-331 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

### RECOMMENDATION

Before the court is a MOTION FOR SUMMARY JUDGMENT filed by plaintiff Zalton Edgar Brooks. Tab #32. In this motion, in addition to notifying the court of a change in address, the plaintiff makes the following statement: "The plaintiff request summary judgment in the amount of no less than $200,000 dollars to be granted on his behalf and that this court find all parties at fault for his said injuries that no defendant be allowed an escape from this action."

Having considered the plaintiff's entirely unsupported request, together with his apparent failure to even attempt to comply with the relevant requirements of the Federal Rules of Civil Procedure and/or the Local Rules regarding requests for summary judgment, the undersigned **RECOMMENDS** that the plaintiff's motion be **DENIED**.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED,** this 27th day of JANUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE