THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ZALTON EDGAR BROOKS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 5:08-cv-331 (CAR) |
| **CHARLES HOLT,** *et al.***,** : | |
| : | |
| **Defendants.** : | |
| : | |
| : | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are two Recommendations of the United States Magistrate Judge, recommending that Plaintiff's Motion for Summary Judgment be denied and that Defendants' Motion for Summary Judgment be granted. No party has entered an objection to either Recommendation. Upon consideration of the Recommendations and the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge, and his Recommendations (Docs. 40, 41) are hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Plaintiff's Motion for Summary Judgment (Doc. 32) is **DENIED**, and Defendants' Motion for Summary Judgment (Doc. 33) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants as to all claims.

It is SO ORDERED this 12th day of March, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw